JORDAN MERSON- *Pro Hac Vice*
JORDAN RUTSKY- *Pro Hac Vice*
Merson Law, PLLC
950 Third Avenue, 18th Fl.
New York, NY 10022
Telephone: (212) 603-9100
jmerson@mersonlaw.com
jrutsky@mersonlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LISE LOTTE-LUBLIN, LILI BERNARD, JANICE BAKER-KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JOY ABEYTA, and HEIDI THOMAS, | : : : : : : | Case No. 2:23-cv-00932-GMN-DJA  **STIPULATION TO EXTEND**  (First Request) |
| Plaintiffs, | : : | |
| v. | : : | |
| WILLIAM COSBY JR., | : : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiffs, Jordan Merson, Jordan Rutsky, Nathan Werksman, Alice Bohn, Manraj Sekhon, Brian Panish, Rahul Pavipudi, and Robert Glassman, for Lisa Lotte-Lublin, Lili Bernard, Janice Baker-Kinney, Rebecca Cooper, Linda Kirkpatrick, Janice Dickinson, Angela Leslie, Pam Joy Abeyta, and Heidi Thomas, (hereinafter "Plaintiffs"), and Jennifer Bonjean and Ashley Cohen counsel for William Cosby Jr. ("the Defendant") (collectively, "the Parties"), that the time for Plaintiffs to file papers in opposition to the pending motion to dismiss by Defendant be extended to

January 15, 2024, and that the time for Defendant to file papers in reply to his motion to dismiss be extended to February 5, 2024.

Denial of this request will deprive the parties sufficient time to effectively and thoroughly prepare their responses to the pending motion to dismiss, taking into account exercise of due diligence, the complex nature of the motion, the severity of the relief requested, and the holiday season.

This is the first stipulation for an extension of time to file opposition and reply papers to Defendant's motion to dismiss.

Dated:      December 14, 2023

| | |
|---|---|
| MERSON LAW, PLLC<br>Counsel for Plaintiffs | BONJEAN LAW GROUP, PLLC<br>Counsel for Defendant |
| By: __/s/ Jordan Rutsky__<br>JORDAN RUSKY | By: __/s/ Ashley Cohen__<br>ASHLEY COHEN |

**ORDER**

**IT IS THEREFORE ORDERED** that Plaintiffs' time to oppose the Defendant's pending motion to dismiss is extended to January 15, 2024, and Defendant's time to file his reply to his pending motion to dismiss is extended to February 5, 2024.

DATED this  14  day of   December  , 202 3 .

_____
UNITED STATES DISTRICT JUDGE