JENNIFER BONJEAN- *Pro Hac Vice*
ASHLEY COHEN- *Pro Hac Vice*
Bonjean Law Group, PLLC.
750 Lexington Avenue, 9th Fl.
New York, NY 10022
Telephone: (718) 875-1850
Facsimile: (914) 462-3482
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LISE LOTTE-LUBLIN, LILI BERNARD, JANICE BAKER-KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JOY ABEYTA, AND HEIDI THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM COSBY JR., <br><br> Defendant. | : : : : : : : : : : : : : : : | Case No. 2:23-cr-00932-GMN-DJA <br><br> **STIPULATION TO EXTEND DEFENDANT'S TIME TO REPLY** <br><br> (First Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiffs, Jordan Merson, Jordan Rutsky, Nathan Werksman, Alice Bohn, Manraj Sekhon, Brian Panish, Rahul Pavipudi, and Robert Glassman, for Lisa Lotte-Lublin, Lili Bernard, Janice Baker-Kinney, Rebecca Cooper, Linda Kirkpatrick, Janice Dickinson, Angela Leslie, Pam Joy Abeyta, and Heidi Thomas, (hereinafter "Plaintiff"), and Jennifer Bonjean and Ashley Cohen counsel for William Cosby Jr. ("the Defendant") (collectively, "the Parties"), that the time for Defendant to reply to the Plaintiff's Response to Defendant's Motion to Dismiss be extended to February 20, 2024.

1

Denial of this request would deny defense counsel sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

The Stipulation is entered where counsel for the Defendant has a brief due to the Seventh Circuit Court of Appeals on February 5, 2024. *See USA v. Robert Kelly*, 23-1449.

Counsel for Plaintiff does not stipulate to the Defendant's reasoning set forth above but agrees to the extension of time proposed by the Defendant.

This is the first Stipulation for an extension to file Defendant's reply.

DATED: January 31, 2024

| BONJEAN LAW GROUP, PLLC | MERSON LAW, PLLC |
|---|---|
|  | Counsel for Plaintiff |
| By __/s/ Ashley Cohen__ | By __/s/ Jordan Rutsky__ |
| ASHLEY COHEN | JORDAN RUTSKY |
| Counsel for Defendant | Counsel for Plaintiffs |

## ORDER

**IT IS THEREFORE ORDERED** that the Defendant, William Cosby, Jr., herein shall have to and including February 20, 2024, to file a response to the Plaintiff's response to Defendant's Motion to Dismiss.

DATED this <u>  31  </u> day of <u>   January   </u>, 2023.

_____
UNITES STATES DISTRICT JUDGE