JENNIFER BONJEAN (*pro hac vice*)
ASHLEY COHEN (*pro hac vice*)
BONJEAN LAW GROUP, PLLC
233 BROADWAY, SUITE 707.
NEW YORK, NY 10279
Office: (718) 875-1850
Fax: (718) 230-0582
Email: jennifer@bonjeanlaw.com
          ashley@bonjeanlaw.com

Attorneys for Defendant
William Cosby, Jr.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA LOTTE-LUBLIN, LILI BERNARD, JANICE BAKER-KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JOY ABEYTA, AND HEIDI THOMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM COSBY, JR.<br><br>Defendant. | Case No. 2:23-cv-932<br><br>**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT COSBY PURSUANT TO LOCAL RULE IA 11-6** |

Pursuant to Local Rule IA 11-6, Attorney Ashley Cohen, respectfully moves this Court for leave to withdraw her appearance, as counsel for Defendant in this matter. In support, the undersigned states as follows:

1. Undersigned counsel was granted leave to appear pro hac vice on behalf of Mr. Cosby on October 5, 2023. [Dkt. 32].

2. Undersigned counsel is no longer an attorney at Bonjean Law Group, PLLC.

3. Mr. Cosby will continue to be diligently represented by Jennifer Bonjean of the Bonjean Law Group and Nicholas Wooldridge of the Wooldridge Law Firm.

4. No party will be prejudiced if undersigned counsel is permitted to withdraw her appearance, nor will this motion cause any undue delay in the proceedings.

Wherefore, the undersigned respectfully requests this Honorable Court to grant this motion and enter an order withdrawing undersigned counsel's appearance in this matter.

Dated: December 10, 2025                    Respectfully Submitted,

                                            /s/ ASHLEY COHEN

**IT IS SO ORDERED**.

DATED: 12/11/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE