Jordan K. Merson, Esq., (Admitted *Pro Hac Vice*)
jmerson@mersonlaw.com
Jordan K. Rutsky, Esq. (Admitted *Pro Hac Vice*)
jrutsky@mersonlaw.com
Nathan E. Werksman, Esq., NV Bar No. 15117
nwerksman@mersonlaw.com
Alice A. Bohn, Esq. (Admitted *Pro Hac Vice*)
abohn@mersonlaw.com
Merson Law, PLLC
950 Third Ave. 18th Floor
New York, NY 10022

Brian J. Panish, Esq., NV Bar No. 16123
panish@psbr.law
Rahul Ravipudi, Esq., NV Bar No. 14750
ravipudi@psbr.law
Robert Glassman, Esq., (Admitted *Pro Hac Vice*)
rglassman@psbr.law
Juya Armendariz, Esq., NV Bar No. 15865
jarmendariz@psbr.law
Panish, Shea, Boyle, Ravipudi LLP
300 South Fourth Street, Suite 710
Law Vegas, NV 89101
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LISE-LOTTE LUBLIN, LILI BERNARD, JANICE BAKER-KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JO ABEYTA, HEIDI THOMAS, AND JANE FAZZARI, <br><br> PLAINTIFFS, <br><br> VS. <br><br> WILLIAM COSBY, JR., <br><br> DEFENDANT. | Case No. 2:23-cv-00932-GMN-DJA <br><br><br> **MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS PURSUANT TO LOCAL RULE IA 11-6** |

1

Pursuant to Local Rule IA 11-6, Attorney Manraj Sekhon, respectfully moves this Court for leave to withdraw his appearance, as Counsel for Plaintiffs in this matter. In support, the undersigned states as follows:

1. Undersigned counsel was granted leave to appear pro hac vice on behalf of Plaintiffs on July 6, 2023. [Dkt. No. 22].

2. Undersigned is no longer an attorney at Merson Law PLLC.

3. Plaintiffs will continue to be diligently represented by Jordan K. Rustky, Jordan K. Merson, Nathan E. Werksman, and Alice A. Bohn of the Merson Law firm, as well as by Brian J. Panish, Rahul Ravipudi, Robert Glassman, and Juya Armendariz of the Panish, Shea, Boyle, Ravipudi firm.

4. No party will be prejudiced if undersigned is permitted to withdraw her appearance, nor will this motion cause any undue delay in the proceedings.

5. Wherefore, the undersigned respectfully requests this Honorable Court to grant this motion and enter an order withdrawing undersigned counsel's appearance in this matter.

Dated:      New York, New York
            February 26, 2026

                          Respectfully submitted,

                   By:      /s/   *Manraj Sekhon*

**IT IS SO ORDERED.**

DATED: 2/27/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2