JENNIFER BONJEAN (*pro hac vice*)
BONJEAN LAW GROUP, PLLC
233 Broadway, Suite 707
New York, NY 10279
Telephone: (718) 875-1850
jennifer@bonjeanlaw.com

NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No. 8732
WOOLDRIDGE LAW LTD.
300 South 4th Street, Suite 950
Las Vegas, Nevada 89101
Telephone: (702) 623-6362
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
*Attorneys for Defendant William Cosby, Jr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### SOUTHERN DIVISION

| | |
|---|---|
| LISE- LOTTE LUBLIN, LILI BERNARD, JANICE BAKER- KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JOY ABEYTA, HEIDI THOMAS, AND JANE FAZZARI, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM COSBY, JR. an individual; <br><br> Defendant(s). | CASE NO.:  2:23-cv-00932·GMN-DJA <br><br> **DEFENDANT WILLIAM COSBY, JR.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

Defendant William Cosby, Jr., by and through undersigned counsel, respectfully moves this Honorable Court for a five business day extension, up to and including May 5, 2026, to file his opposition to Plaintiffs' Motion to Compel [Dkt. 74], filed on April 14, 2026. Plaintiffs consent to this request. In support, Defendant states:

…

1

1.    On April 14, 2026, Plaintiffs filed their Motion to Compel. ("Motion"). Dkt. 74.

2.    On April 14, 2026, the Court ordered that Defendant's opposition be filed on or before April 28, 2026. [Dkt. 74].

3.    Defendant requests a five business day extension, up to and including May 5, 2026, to file his opposition.

4.    The extension is necessitated by competing deadlines and trial obligations in other matters during the same week:

    a.    Undersigned counsel had full day depositions on April 15, 16, 21, 24 and an oral argument in California on the 23rd. *Nelson v. Guevara, et al.*, 2023-cv-14281; *People v. Weinstein*, B327696; *Ciolino v. Simon, et al.* 2022-L-001702. Counsel is scheduled to conduct additional full-day depositions on April 27, 28, and 30, as well as May 1, in the *Ciolino* matter, for which the Court has ordered that all party depositions be completed by May 1.

    b.    Significantly, on Thursday, April 30, 2026, undersigned counsel's oppositions to two separate motions are due in the matter of *Serignese v. Cosby, et al.,* A-23-880338-C in connection with summary judgment proceedings.

5.    This request is not made for purposes of delay and will not prejudice any party. The brief extension will permit Defendant to prepare a complete and accurate response to Plaintiffs' Motion.

6.    Undersigned counsel has conferred with counsel for Plaintiffs, who consent to this request.

…

…

…

2

**WHEREFORE**, Defendant William Cosby, Jr. respectfully requests that this Court grant a five business day extension, up to and including May 5, 2026, for Defendant to file his opposition to Plaintiffs' Motion to Compel.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Jennifer Bonjean*
(*pro hac vice*)
BONJEAN LAW GROUP, PLLC
233 Broadway, Suite 707
New York, NY 10279
(718) 875-1850
jennifer@bonjeanlaw.com

NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No. 8732
WOOLDRIDGE LAW
300 South 4th Street, Suite 950
Las Vegas, Nevada 89101
(702) 623-6362
nicholas@wooldridgelawlv.com

*Attorneys for Defendant William Cosby, Jr.*

**IT IS SO ORDERED**.

DATED: 4/27/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that on April 24, 2026, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Jennifer Bonjean
JENNIFER BONJEAN, ESQ.