NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No.:8732
**WOOLDRIDGE LAW LTD.**
300 S. 4th Street, Suite 950
Las Vegas, Nevada 89101
Telephone: (702) 623-6362
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
-and-
JENNIFER BONJEAN, ESQ. (*pro hac vice*)
**BONJEAN LAW GROUP, PLLC**
233 Broadway, Suite 707
New York, New York 10279
Telephone: (718) 875-1850
Facsimile: (718) 230-0582
jennifer@bonjeanlaw.com
*Attorneys for Defendant William Cosby, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| LISA LOTTE-LUBLIN, LILI BERNARD, JANICE BAKER-KINNEY, REBECCA COOPER, LINDA KIRKPATRICK, JANICE DICKINSON, ANGELA LESLIE, PAM JOY ABEYTA, AND HEIDI THOMAS, and JANE FAZZARI,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM COSBY, JR.<br><br>Defendant. | Case No. 2:23-cv-932<br><br>**MOTION FOR LEAVE TO FILE DEFENDANT'S FULL HOME ADDRESS UNDER SEAL AND A REDACTED VERSION ON THE DOCKET PURSUANT TO LR IC 6-1**<br><br>Hon. Gloria M. Navarro<br><br>Magistrate Daniel Albregts |

Defendant William Cosby, Jr., through counsel, BONJEAN LAW GROUP, PLLC and WOOLDRIDGE LAW, LTD, moves under Local Rule IC 6-1 to redact Defendant's home address for filing on the public docket. On September 25, 2026, this Court deferred ruling on the undersigned's motion to withdraw as counsel [Dkt. 93] and ordered undersigned counsel to file a notice of Defendant's last known address at which he may receive filings. [Dkt. 94] Undersigned counsel obviously has no objection to providing the Court with Defendant's home address but

pursuant to local rule IC 6-1 seeks leave to file the notice of Defendant's home address under seal with the Court and a redacted version on the public docket including only the City and State. It should be noted that Plaintiff's counsel is already in possession of Defendant's full home address.

Not only does the local rule require such a redaction - redaction is appropriate here. The purpose of the address is for the Court and counsel to have the ability to provide notice to Defendant in connection with the legal proceedings. The public has no legitimate interest in knowing Defendant's private home address and, in fact, the public filing of his home address would invariably result in its publication into the media (a recurring issue in this case and others). Such publication could and likely will cause potential harm, including physical harm, to Defendant and his family. In fact, there has already been at least once instance where an individual has trespassed on a Cosby residence and was the subject of arrest and charges. Redaction is required by the rule and is justified in any event.

With leave of Court, Defendant will file the notice of the home address under seal and a redacted notice on the public docket.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Jennifer Bonjean*
(pro hac vice)
BONJEAN LAW GROUP, PLLC
233 Broadway, Suite 707
New York, NY 10279
(718) 875-1850
jennifer@bonjeanlaw.com

*/s/ Nicholas M. Wooldridge, Esq.*
Nevada Bar No. 8732
WOOLDRIDGE LAW
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
(702) 623-6362
nicholas@wooldridgelawlv.com
*Attorneys for Defendant William Cosby, J*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that on September 25, 2026, I served the motion to seal and file redacted home address on the public docket and on opposing counsel via electronic mail.

I further certify that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer Bonjean*

JENNIFER BONJEAN